IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MASS. ELECTRIC CONSTRUCTION CO.
Plaintiff

CA 05 003 S

v. : C.A. No.05-

SHIRE CORPORATION
Defendant

COMPLAINT

REACH AND APPLY

1. Plaintiff, Mass Electric Construction Co., is a Delaware corporation with a principal place of business in Boston Massachusetts.

2. Defendant, Shire Corporation, is upon information and belief, a Rhode Island corporation with a principal place of business in Providence, Rhode Island.

3. Plaintiff and Defendant entered into a Consent Judgment which was endorsed and filed by Hon. Justice Smith of the United States District Court for the District of Rhode Island on September 17, 2003. *(See Exhibit 1).*

4. Defendant paid the installment amounts identified in the judgment, however, none of the retainage monies set forth therein have been paid.

5. The agreed upon terms of the Consent Judgment mandate a penalty of 6% interest on the retainage amounts if not paid to



(1)

Plaintiff within seven days of their receipt from the State of Rhode Island.

6. On information and belief, Defendant has been paid the retainage monies but has not remitted them to Plaintiff.

7. Plaintiff has served executions on Defendant's known checking account and upon the Defendant and both have been returned unsatisfied.

8. Plaintiff hereby seeks to reach and apply any and all assets of the Defendant in order to satisfy the outstanding judgment.

WHEREFORE, Plaintiff demands judgment against Defendant for the balance of the Consent Judgment of $30,896.21, plus the 6% interest penalty from May 1, 2003, costs of collection including reasonable attorney fees, and such other and further relief as this Honorable Court deems just.

Plaintiff, by its Attorney,

Heath S. Comley, Esq., #3932
One Ship Street
Providence, RI 02903
Tel:(401)331-5505
Fax:(401)331-6110

DATED: January 3, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MASS. ELECTRIC CONSTRUCTION CO.<br>Plaintiff | : | |
| v. | : | C.A. No. 03-211S |
| SHIRE CORPORATION; UNITED STATES FIDELITY AND GUARANTY SPECIALTY INSURANCE COMPANY D/B/A UNITED STATES FIDELITY AND GUARANTY INSURANCE COMPANY; and NORTH AMERICAN SPECIALTY INSURANCE COMPANY<br>Defendants | : | |

SEP 15 2003

**JUDGMENT STIPULATION**

By agreement of the parties, judgment may enter in favor of Plaintiff, Mass. Electric Construction Co. and against Defendant, Shire Corporation in the amount of $210,869.44, plus $30,896.21 in retainage, which amounts are inclusive of any and all interest and costs accrued. It is further agreed that the judgment will be held by the Plaintiff and the Plaintiff agrees to waive any further interest and dismiss the case so long as Defendant Shire makes payment to the Plaintiff in the amounts, and per the schedule of dates, as follows:

| | |
|---|---|
| September 15, 2003 | $53,467.36 |
| October 6, 2003 | $52,467.36 |
| November 3, 2003 | $52,467.36 |
| December 1, 2003 | $52,467.36 |

Retainage from the State on contract numbers 9905 ($18,467.80), 9984 ($6,363.92), 2000-CH-034 ($2,154.28), 9925 ($2,474,95) and 9967 ($1,435.26) - totaling $30,896.21 to be paid within seven (7) days of

EX. 1

the date of receipt by Shire of full retainage on each separate contract from the State.

It is further agreed that, if for any reason, Defendant Shire fails to make payment within three (3) days of the date on the schedule set forth herein, the Plaintiff may immediately enter judgment for the full amount of any outstanding balance and a penalty may be assessed on Defendant Shire in the form of further interest which shall accrue on the outstanding balance at the rate of 6% per annum from May 1, 2003 until the judgment is paid in full. Defendant Shire agrees that execution shall issue forthwith and Defendant Shire waives any right of appeal from the entry of judgment authorized herein.

If Plaintiff is required to pursue Defendant Shire for payment on the outstanding judgment and interest on whatever balance is due under this agreement, Plaintiff shall be entitled to recover the cost of collection, including reasonable attorney's fees.

Mass. Electric Construction Corp.

By its attorney,

[signature]

Heath S. Comley, Esq. #3932
One Ship Street
Providence, RI 02903
(401) 331-5505
(401) 331-6610 fax

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 9/17/03



15:55 SEP 17, 2003 ID: 7253 TEL NO: 752-7247 #46546 PAGE: 3/4