UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: M. J. Martin

RE: CA 05-003 S

Mass. Electric Constr. v. Shire

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3/17/05 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

X Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $150.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

X 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:____________________

ENTER:

David L. Martin

United States Magistrate Judge

Date: 3-17-05

(2)

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MASSACHUSETTS ELECTRIC CONSTRUCTION COMPANY
Plaintiff

VS. CA NO. 05-211S

SHIRE CORPORATION
Defendant

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendant, Shire Corporation, in the above captioned matter.

Joseph-Anthony DiMaio, Esq. (3910)
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

**CERTIFICATION**

I hereby certify that a true copy of the within was faxed to the Department of the Heath S. Comley, Esq., One Ship Street, Providence, RI 02903.

______________________________