IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED APR 2005 U.S.

MASS. ELECTRIC CONSTRUCTION CO. :
Plaintiff :
v. : C.A. No.05-~~211S~~ 03S
:
SHIRE CORPORATION :
Defendant :

STIPULATION

Now come the parties to the above-captioned matter pursuant to F.R.C.P. 41(a)(1)(ii) and hereby dismiss this action, with prejudice, no interest or costs to either party.

Plaintiff,
Mass. Electric Construction Co.
by its attorney,

Heath S. Comley, Esq. #3932
One Ship Street
Providence, RI 02903
Tel:(401) 331-5505
Fax:(401) 331-6110

Defendant,
Shire Corporation
by its attorney,

Joseph A. DiMaio, Esq.(#3910)
McKinnon & Harwood
1168 Newport Ave.
Pawtucket, RI 02861
Tel:(401)723-9655

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/25/05

Date

③